| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name. Middle initial)<br><br>Wolin, Alfred M | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>4/16/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Judge, U.S.D.C. | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>Newark, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | NJ DIVISION OF PENSIONS-JUDICIAL(RETIREMENT) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | NJ DIVISION OF PENSIONS | 32. 156 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | NJ DIVISION OF PENSIONS |
| 2. | 2003 | AT&T CORP |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE.  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | CLLE CONFERENCE, OCTOBER SAN DIEGO | TRANSPORTATION, LODGING, FOOD |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolin, Alfred M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. UNION COUNTY SAVINGS BANK | A | Interest | J | T | | | | | |
| 2. AT&T CORP | A | Dividend | J | T | | | | | |
| 3. COMCAST | | None | J | T | | | | | |
| 4. LEGG MASON RESERVE CASH | A | Interest | J | T | | | | | |
| 5. CIENA CORP | | None | J | T | | | | | |
| 6. AT&T CORP | A | Dividend | K | T | | | | | |
| 7. COMCAST | | None | J | T | | | | | |
| 8. LEGG MASON VALUE TRUST | B | Dividend | N | T | | | | | |
| 9. SUPERWIRE.COM | | None | J | T | | | | | |
| 10. CISCO SYSTEMS | | None | K | T | | | | | |
| 11. ING FUND A -INT A TRUST | | None | J | T | | | | | |
| 12. GLOBAL CROSSING | | None | J | T | BANKRUPT | | J | | TOTAL LOSS |
| 13. ASCENTIAL SOFTWARE CORP | | None | J | T | | | | | |
| 14. OVERLAND DATA | | None | J | T | | | | | |
| 15. RIBOZYME PHARM.- (now SIRNA THERAPEUTICS) | | None | J | T | | | | | |
| 16. PUMATECH INC (formerly PUMA TECHNOLOGY INC.) NOW INTELLISYNC | | None | J | T | | | | | |
| 17. AT&T WIRELESS | | None | J | T | | | | | |
| 18. J.D.S. UNIPHASE | | None | J | T | | | | | |

1. Income/Gain Codes. (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   I = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolin, Alfred M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NORTEL NETWORKS INC | | None | J | T | | | | | |
| 20. LEGG MASON OPPTY TRUST | A | Dividend | K | T | | | | | |
| 21. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 22. FIRST EAGLE OVERSEAS FUND CL C | A | Dividend | J | T | BUY | 9/23 | J | | |
| 23. LEGG MASON SPEC INV TRUST | B | Distribution | K | T | BUY | 9/23 | K | | |
| 24. OVERLAND STORAGE CORP | | None | J | T | BUY | 9\23 | J | | |
| 25. NORTEL NETWORKS | | None | J | T | BUY | 11/19 | J | | |
| 26. DOMINION RESOURCES | A | Dividend | J | T | | | | | |
| 27. FLEET BOSTON | A | Dividend | K | T | | | | | |
| 28. MIRANT CORP | | None | J | T | | | | | CHAPTER 11 |
| 29. SOUTHERN CO | A | Dividend | J | T | | | | | |
| 30. WACHOVIA CORP | A | Dividend | J | T | | | | | |
| 31. PUTNAM NEW JERSEY TAX EXEMPT CLASS A INCOME FUND | B | Dividend | L | T | SELL | 9/23 | L | C | |
| 32. ZWEIG TOTAL RETURN FUND | A | Dividend | J | T | | | | | |
| 33. BLACKROCK INCOME TRUST | A | Dividend | J | T | | | | | |
| 34. HANCOCK JOHN PATRIOT PFD | A | Dividend | J | T | | | | | |
| 35. HIGHY INCOME OPPTY FUND | A | Dividend | J | T | | | | | |
| 36. VAN KAMPEN AMER. CAP SR. INC TRUST | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolin, Alfred M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BLACKROCK FLORIDA INSD. MUN. TRUST | A | Dividend | J | T | | | | | |
| 38. NUVEEN PREMIUM INCOME FUND | A | Distribution | J | T | | | | | |
| 39. AT&T CAPITAL CORP | A | Interest | J | T | | | | | |
| 40. AIM HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 41. ALLIANCE AMER. GVT. INCOME CLASS A | A | Dividend | J | T | | | | | |
| 42. FEDERATED HIGH INCOME BOND FUND | A | Dividend | J | T | | | | | |
| 43. SELIGMAN HIGH YIELD BOND FUND | A | Dividend | J | T | | | | | |
| 44. VAN KAMPEN HIGH YIELD MUNI FUND | A | Dividend | J | T | | | | | |
| 45. ALLIANCE N. AMERICAN GVT INC. CL. B | A | Dividend | J | T | | | | | |
| 46. CITIBANK BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 47. UTS EQUITY SECURITY TR 22 | A | Distribution | J | T | | | | | |
| 48. UTS FIRST TR. SPL. SITUATIONS | A | Distribution | J | T | | | | | |
| 49. BANKAMERICA SUB NOTES | A | Interest | J | T | | | | | |
| 50. MERRILL LYNCH CO. NOTES | A | Interest | J | T | | | | | |
| 51. FORD MOTOR CREDIT NOTES | A | Interest | J | T | | | | | |
| 52. DADE CNTY FLA SCH BD | A | Interest | J | T | | | | | |
| 53. ROCHESTER PA AREA SCH AUTH | A | Interest | J | T | | | | | |
| 54. ALLIANCE ARPT AU TEX | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolin, Alfred M | 4/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MIAMI DADE CNTY FLA AVIATION | A | Interest | J | T | | | | | |
| 56. NEW YORK CITY SER. H. | A | Interest | J | T | | | | | |
| 57. NEW YORK CITY IDA SPL FAC | A | Interest | J | T | | | | | |
| 58. MATAGORDA CNTY TEX NAV DIST | A | Interest | J | T | | | | | |
| 59. JACKSONVILLE FLA ELEC AUTH | A | Interest | J | T | | | | | |
| 60. AFFINITY CREDIT UNION SAVINGS | A | Interest | J | T | | | | | |
| 61. AFFINITY CREDIT UNION CHECKING | | None | J | T | | | | | |
| 62. AT&T STOCK ACCOUNT | A | Dividend | J | T | | | | | |
| 63. AT&T STOCK PLAN | | None | J | T | | | | | |
| 64. BRISTOL MYERS SQUIBB | A | Dividend | J | T | | | | | |
| 65. CHEVRON TEXACO | A | Dividend | J | T | | | | | |
| 66. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 67. KEYSPAN CORP | A | Dividend | J | T | | | | | |
| 68. MEDTRONIC | A | Dividend | J | T | | | | | |
| 69. SCHERING PLOUGH | A | Distribution | J | T | | | | | |
| 70. ROYCE FUNDS MICRO CAP | | None | J | T | | | | | |
| 71. ROYCE FUNDS PENNA | | None | J | T | | | | | |
| 72. AT&T | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si                                                                Date__ APRIL 16, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544